112703

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-146 MJD/RLE **Case Title:** Karen Krueger and Russell Lee Krueger vs. American Home Products Corporation

**Affidavit of Movant**

I, Patrick M. Krueger, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Donovan R. Flora, an attorney admitted to practice in the Western District of Washington, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Karen Krueger and Russell Lee/Krueger in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

[signature]
Signature

124965
MN Attorney License #

May 1, 2001
Date

**Affidavit of Proposed Admittee**

I, Donovan R. Flora, am currently a member in good standing of the U.S. District Court for the Western District of Washington, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Donovan R. Flora
Type/Print Name

Donovan R. Flora [signature]
Signature

May 7, 2001
Date

Attorney License Number: 5624

Law Firm Name & Address: Johnson, Flora PLLC
72nd Floor Bank of America Tower
701 Fifth Avenue Ste. 7200
Seattle, Washington 98104-7016
Telephone: (206) 386-5566

Motion Granted: Francis E. Dosal [signature]
For the Court: Francis E. Dosal, Clerk

MAY 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99

FILED MAY 30 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____